Eva Stupell, Appellant, v. Adolph Green and Rockwood Catering Co., Inc., Respondents. Adolph Green and Rockwood Catering Co., Inc., Appellants, v. Eva Stupell, Respondent.— Order of the County Court of Greene county, granted September 19, 1932, reversed on the law, with costs in this court and in the County Court, and final order and judgment made by the justice of the peace, Ross J. Ruland, August 15, 1931, reinstated. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.

The People of the State of New York ex rel. Frank Presbrey Company, Relator, v. Thomas M. Lynch and Others, Constituting the State Tax Commission of the State of New York, Respondents.* — Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

The People of the State of New York ex rel. Roger Hinds, Relator, v. Thomas M. Lynch and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. The court considered and passed upon the constitutional question involved. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

Gordon G. Westover and Another, Respondents, v. Grover B. Scutt and Others, Appellants.— Judgment modified by striking out the paragraph containing the injunction, and by substituting therefor a paragraph to read as follows: " Further ordered and adjudged that defendants, their agents and servants, are hereby enjoined and restrained from conducting or engaging in any capacity in a business similar to that sold to plaintiffs in gasoline or merchandise in the town of Taghkanic, Columbia County, N. Y., and defendants are enjoined from soliciting business from any of the customers of their former business in gasoline and merchandise;" and as so modified the judgment is affirmed, without costs. The court disapproves and reverses the third conclusion of law and substitutes therefor the following: " That the plaintiffs are entitled to a judgment herein enjoining and restraining the defendants, their agents and servants, from conducting or engaging in any capacity in a business similar to that sold to plaintiffs in gasoline or merchandise in the town of Taghkanic, Columbia County, N. Y., and enjoining the defendants from soliciting business from any of the customers of their former business in gasoline and merchandise." Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

The People of the State of New York ex rel. New York Water Service Corporation, Borough of Brooklyn, Appellant, v. John P. Hennessey and Others, as Tax Commissioners of the State of New York, Constituting the State Tax Commission of the State of New York, Respondents.— Order unanimously affirmed, with costs, on the ground that section 46 of the Tax Law controls. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Bernadette Tague, Appellant, v. Alfred Remmington, Respondent.— Order reversed on the law and facts, with costs, and verdict reinstated on the ground that the verdict of the jury was sustained by the weight of the evidence. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Application of Trabulsi Fabrics Co., Inc., Relator, for an Order of Certiorari against Thomas M. Lynch and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Determi-

---

* Affd., 265 N. Y. ——.